**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Barclay,<br><br>          Plaintiff,<br><br>v.<br><br>Medicine Show Land Trust, et al.,<br><br>          Defendants. | No. CV-12-1060-PHX-SMM<br><br>**ORDER** |

   Before the Court is the parties' Stipulation to Dismiss this Action with Prejudice as to Defendants E.B. Chester and Jane Doe Chester (the "Chester Defendants"). (Doc. 104.)

   Accordingly,

   **IT IS HEREBY ORDERED dismissing with prejudice** any and all claims against the Chester Defendants with all parties to bear their respective costs and attorney's fees.

   DATED this 10th day of December, 2013.

_____
Stephen M. McNamee
Senior United States District Judge